# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: AIR CRASH AT GEORGETOWN,**
**GUYANA, ON JULY 30, 2011**                                    MDL No. 2395

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –4)

On September 28, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2012). Since that time, 4 additional action(s) have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Allyne R Ross.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Ross.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of September 28, 2012, and, with the consent of that court, assigned to the Honorable Allyne R Ross.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 15, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY ATTEST

DATED: 01/15/2013

DOUGLAS C. PALMER
CLERK OF COURT

BY: AUGUST MARZILIANO
CASE ADMINISTRATION SUPERVISOR

**IN RE: AIR CRASH AT GEORGETOWN,**
**GUYANA, ON JULY 30, 2011**                                    MDL No. 2395

### SCHEDULE CTO–4 – TAG–ALONG ACTIONS

**DIST**     **DIV.**     **C.A.NO.**     **CASE CAPTION**

FLORIDA SOUTHERN

FLS        0        12–62492        Persaud et al v. Caribbean Airlines Limited

1:13-cv-00230(ARR)(JMA)