

Direct Dial: (212) 894-6792
Direct Fax: (212) 370-4453
jmaggio@condonlaw.com

June 30, 2015

**VIA ECF**

Honorable Allyne R. Ross
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In re Air Crash at Georgetown, Guyana, on July 30, 2011
Case No.: 1:12-md-02395-ARR-MDG
C & F Ref: JM/07573

Dear Judge Ross:

We are counsel for defendant Caribbean Airlines Limited and write to update the Court on the status of the litigation.

All cases pending in this Court have now settled.

Plaintiffs' counsel is awaiting documents from clients to submit the following infant compromises:

> Donzel Downer for minor T.A.D., Case No. 13-cv-04227
> Oneica Patterson for minor I.T., Case No. 12-cv-06282

We have received a General Release for M.H., Case No. 13-cv-04227, and a Stipulation of Discontinuance will be filed shortly.

Infant compromise documents were filed on April 9, 2015 for Parbotie Kanhai on behalf of minor D.K., Case No. 12-cv-06335, and June 23, 2015 for Penela Hodge on behalf of minor Y.H., Case No. 13-cv-04227.

Accordingly, we respectfully request that the parties be permitted to submit a joint a status report to the Court on July 31, 2015 if we are unable to provide the Court with all of the above-discussed documentation by that time.

Respectfully submitted,

CONDON & FORSYTH LLP

By_____
    John Maggio

cc:    Curt Miner, Esq. (via ECF)

       Honorable Joan M. Azrack (via ECF)
       United States District Court Judge

       Honorable Marilyn D. Go (via (ECF)
       United States Magistrate Judge