# CONDON / FORSYTH

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ JAN 28 2016 ★

BROOKLYN OFFICE

Direct Dial: (212) 894-6792
Direct Fax: (212) 370-4453
jmaggio@condonlaw.com

January 26, 2016

**VIA ECF**

Honorable Allyne R. Ross
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten note: The Clerk of Court is requested to close all three cases. /s/(ARR) USDJ]*

Re: In re Air Crash at Georgetown, Guyana, on July 30, 2011
Case No.: 1:12-md-02395-ARR-MDG
C & F Ref: JM/07573

Dear Judge Ross:

We are counsel for defendant Caribbean Airlines Limited and write to update the Court on the status of the litigation.

All cases pending in this Court have now settled and all infant compromise Orders have been issued.

Plaintiff K.V. (Kesha Veerasammy) reached the age of majority during the litigation and a stipulation of discontinuance was signed and "so ordered" by the Court on October 6, 2013 (DE 33), Case No. 13-cv-04227.

Accordingly, we are not aware any outstanding items that would prevent the closure of all cases involved with this multi-district litigation; i.e., Case No. 13-cv-04227, 12-cv-06282 and 13-cv-00132.

Respectfully submitted,

John Maggio